[No. 42792-3-II.   Division Two.   October 15, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. BRANDON L. DUGGER, *Appellant*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 10-1-00473-7, David L. Edwards, J., entered November 7, 2011. *Affirmed in part* and *remanded with instructions* by unpublished opinion per Dalton, J. Pro Tem., concurred in by Johanson, A.C.J., and Quinn-Brintnall, J.

[Nos. 44483-6-II; 44486-1-II.   Division Two.   October 15, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. J.R., *Appellant*.

Appeals from a judgment of the Superior Court for Grays Harbor County, No. 12-8-00139-0, David L. Edwards, J., entered February 1, 2013. *Reversed* and *remanded with instructions* by unpublished opinion per Johanson, A.C.J., concurred in by Hunt, J.; Quinn-Brintnall, J., concurring separately.

[No. 30298-9-III.   Division Three.   October 15, 2013.]

*In the Dependency of* D.R.

Appeal from a judgment of the Superior Court for Douglas County, No. 11-7-00023-6, John M. Antosz, J. Pro Tem., entered August 30, 2011. *Reversed* and *remanded* by unpublished opinion per Korsmo, C.J., concurred in by Kulik and Fearing, JJ.

[No. 30452-3-III.   Division Three.   October 15, 2013.]

*In the Matter of the Marriage of* KENNETH J. NICHOLS, *Appellant*, and GLORIA D. NICHOLS, *Respondent*.

Appeal from a judgment of the Superior Court for Spokane County, No. 10-3-03142-0, Annette S. Plese, J., entered November 28, 2011. *Affirmed in part, reversed in part*, and *remanded with instructions* by unpublished opinion per Korsmo, C.J., concurred in by Kulik and Siddoway, JJ.